UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESSEX INSURANCE COMPANY,

       Petitioner,

                                    CASE NO.:

v.

JANET CAPRON, as the personal
representative of the Estate of Jill S.
Capron, deceased; and MAGELLAN
CONSTRUCTION, LLC,

       Respondents.
_____/

## PETITION FOR DECLARATORY RELIEF

Petitioner, Essex Insurance Company ("Essex"), by and through its undersigned attorneys, files this Petition for Declaratory Relief and states:

### FACTS REGARDING JURISDICTION AND VENUE

1.     This is an action for Declaratory Relief pursuant to 28 U.S.C. § 2201.

2.     At all material times, Essex is and was a Delaware corporation with its principal place of business in Wilmington, Delaware.

3.     At all material times, Essex is and was a surplus lines insurer which has been made eligible by the Department of Financial Services to issue insurance coverage under Florida's Surplus Lines Law.  See Fl. Stat. § 626.901 *et seq.*

4.     Upon information and belief, at all material times, Jill S. Capron was a Florida citizen and resident of Pinellas County, Florida.  Therefore, pursuant to 28 U.S.C. § 1332(c)(2), Respondent Janet Capron ("Capron") is deemed to be a Florida citizen.

5. Upon information and belief, at all material times, Magellan Construction, LLC ("Magellan") was an Illinois corporation with its principal place of business in Chicago, Illinois.

6. The amount in controversy exceeds the sum of $75,000 exclusive of interest, attorneys fees and costs. This Court has diversity jurisdiction by virtue of 28 U.S.C. § 1332.

7. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1391(a) because at least one Respondent resides within the district, and because a substantial part of the events giving rise to the claim occurred in the district.

## GENERAL ALLEGATIONS

8. On or about September 30, 2004, Essex issued a commercial general liability policy to Bridgestone Construction, LLC, Policy No. 04GLP1007014, effective from September 30, 2004 to September 30, 2005. A copy of the Policy is attached hereto as Exhibit A.

9. Magellan is a general contractor who performed work at a condominium known as The Beacon on Third Street in St. Petersburg, Florida (the "condominium").

10. Capron filed suit against Magellan in the Circuit Court for Pinellas County, Florida, Case No. 06-4327-CI (the "underlying action"). A copy of Capron's amended complaint in the underlying action is attached hereto as Exhibit B.

11. In the underlying action Capron alleged that her mother, Jill S. Capron, died from carbon monoxide poisoning in her residence at the condominium as a result of Magellan's negligence.

12. Upon information and belief, in the underlying action, Capron took a consent judgment for $1 million and Magellan assigned Capron its rights under the Policy.

13.     The Policy provides commercial general liability coverage under Section I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, in pertinent part as follows:

> **1. Insuring Agreement**
>
>> a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. . . .

14.     The Policy contains a Pollution exclusion, which provides in pertinent part as follows:

> **2. Exclusions**
>
>> This insurance does not apply to:
>>
>> \*   \*   \*
>>
>> **f. Pollution**
>>
>>> (1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.
>>>
>>> \*   \*   \*
>>>
>>> Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, electromagnetic fields and waste. Waste includes materials to be recycled, reconditioned or reclaimed.
>>>
>>> Paragraph (1) does not apply to "Bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire;
>>>
>>>> (a) At or from any premises, site or location which is or was at any time owned or occupied by, or loaned to, any insured;
>>>>
>>>> (b) At or from any premises, site or location on which any insured or any contractor or subcontractor working directly or indirectly on any insured's behalf are performing operations;
>>>>
>>>>> (i) if the pollutants are brought on or to the premises, site or location in connection with such operation by such insured, contractor or subcontractor.
>>>
>>> As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

3

15. The Policy also contains an Independent Contractors Conditional Exclusion, which provides as follows:

### INDEPENDENT CONTRACTORS CONDITIONAL EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

It is hereby understood and agreed that no insurance coverage is provided under this policy to defend or indemnify any insured for "bodily injury" or "property damage" arising out of acts of Independent Contractors unless you meet the following conditions:

> You will obtain certificates of insurance from all independent contractors providing evidence of:
>
> 1. Limits of liability equal to or greater than the coverages provided by this policy;
>
> 2. Commercial General Liability coverage equal to or broader than the coverages provided by this policy.
>
> 3. Workers Compensation Insurance in compliance with the statutes of the applicable states.
>
> 4. Independent Contractors must name the Named Insured as an additional insured.
>
> Failure to comply with this condition will exclude coverage for acts of Independent Contractors.

16. Magellan is not named as an insured or additional insured under the Policy.

17. Essex is in doubt of its rights under the Policy and, by this Petition, seeks a declaration of its rights and obligations with respect to the aforesaid underlying action and a finding by this Court that under the above-referenced Policy of insurance, Essex had no duty to defend Magellan in the underlying action and has no duty to indemnify Magellan in connection with the underlying action because:

    A.    Coverage is precluded by the one or more of the above exclusions.

    B.    Magellan is not an insured under the Policy.

18. There exists a bona fide actual present and practical need for the declaration of coverage available under the Policy, and the rights and obligations of Essex.

19. There exists a present ascertained or ascertainable state of facts or present controversy as to a state of facts concerning the rights and obligations of Essex under the Policy.

20. The rights and obligations of Essex under the Policy are dependant upon the facts and the law applicable to the facts affecting coverage under the Policy.

21. Essex and each of the Respondents have an actual, present controversy in the subject matter described herein.

22. All proper and present interests are before the Court by proper process.

23. All conditions precedent to the initiation and maintenance of this action have been complied with, have occurred, or have been waived.

WHEREFORE, Petitioner, Essex respectfully requests this Court enter a judgment Declaring that:

    A. Essex had no duty to defend Magellan in the underlying action.

    B. Essex has no duty to indemnify Magellan as to any verdicts, judgments, or settlements in the underlying action.

    C. Essex further requests judgment for its costs and disbursements incurred herein and for such other relief as may be warranted.

Respectfully submitted,

| | |
|---|---|
| John R. Catizone, FBN 0695491 | Stacey L. Papp, FBN 0041811 |
| LITCHFIELD CAVO LLP | LITCHFIELD CAVO LLP |
| Radice Corporate Center | 5201 W. Kennedy Blvd., Suite 450 |
| 600 Corporate Drive, Suite 600 | Tampa, Florida 33609 |
| Fort Lauderdale, FL 33334 | Office: (813) 289-0690 |
| Office: (954) 689-3000 | Fax: (813) 289-0692 |
| Fax: (954) 689-3001 | Email: papp@litchfieldcavo.com |
| Email: catizone@litchfieldcavo.com | |

*Attorneys for Essex*